UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:10CR40003-FDS |
| v. | VIOLATIONS: |
| PAUL V. BURDULIS, | 18 U.S.C. § 2252(a)(4)(B)- Possession of Child Pornography |
| Defendant. | 18 U.S.C. § 2253 - Criminal Forfeiture |

## INDICTMENT

**COUNT ONE: 18 U.S.C.§ 2252(a)(4)(B) - Possession of Child Pornography**

The Grand Jury charges that:

On or about May 12, 2009, at Worcester, in the District of Massachusetts,

**PAUL V. BURDULIS,**

defendant herein, did knowingly possess one or more matters containing visual depictions that had been mailed, and shipped and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, and which were produced using materials that were mailed and shipped and transported in interstate and foreign commerce, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct, including, but not limited to images in files named: "Dennis 9 yo hot 01 (9 yo gives webcam performance to boylover group).avi" and "Bibcam 10 yo boy - pthc gay boy.avi."

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

# FORFEITURE ALLEGATION
## 18 U.S.C. § 2253(a) – Criminal Forfeiture

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense alleged in Count One hereof,

### PAUL V. BURDULIS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of the aforementioned violations or any property traceable to such property, including but not limited to the computers and related items that law enforcement officials obtained from the defendant's residence on May 12, 2009.

3. If any of the property described in paragraph 2, above, as a result of any act or omission of the defendant,

   (a)  cannot be located upon the exercise of due diligence;

   (b)  has been transferred or sold to, or deposited with, a third party;

   (c)  has been placed beyond the jurisdiction of the Court;

   (d)  has been substantially diminished in value; or

   (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 2253(b),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
David Hennessy
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:        January 21, 2010

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk