UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>)<br>v. )<br>)<br>PAUL V. BURDULIS, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>10-40003-FDS |

MEMORANDUM AND ORDER ON
MOTION FOR A CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

On April 5, 2012, a jury found petitioner Paul Burdulis guilty of possession of child pornography in violation of 18 U.S.C. § 2252(a).  On June 28, 2012, he was sentenced to 108 months incarceration, followed by ten years of supervised release.  On October 29, 2015, he moved to vacate, set aside, or correct that sentence pursuant to 18 U.S.C. § 2255.  This Court denied that motion on August 1, 2016.  On September 30, 2016, he appealed that decision and moved for a certificate of appealability ("COA").

A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right."  § 2253(c)(2).  In the First Circuit, "the necessity for a substantial showing extends independently to each and every issue raised by a habeas petitioner."  *Bui v. DiPaolo*, 170 F.3d 232, 236 (1st Cir. 1999).  When the district court has rejected a constitutional claim on the merits, a COA will issue only if the petitioner "demonstrate[s] that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  When the district court has denied a habeas petition on procedural grounds, the petitioner must show that "jurists of reason would find it debatable

whether the petition states a valid claim or the denial of constitutional rights and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.*

Neither standard has not been satisfied here. The Court concludes that jurists of reason could not disagree with the resolution of petitioner's constitutional claims or with the procedural rulings made.

Accordingly, petitioner's application for a certificate of appealability is DENIED as to all claims.

**So Ordered.**

s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
United States District Judge

Dated: October 26, 2016