# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 29, 2017

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Paul V. Burdulis
         v. United States
         No. 17-5775
         (Your No. 16-2229)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 11, 2017 and placed on the docket August 29, 2017 as No. 17-5775.

            Sincerely,

            **Scott S. Harris**, Clerk

            by

            Jacob C. Travers
            Case Analyst