UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 10-4003 |
| | ) | |
| PAUL V. BURDULIS, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR RECONSIDERATION OF FINDING OF NO PROBABLE CAUSE FOR SUPERVISED RELEASE VIOLATION NUMBER I**

Now comes the United States, by its attorneys, Andrew E. Lelling, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby respectfully requests that the Honorable Court reconsider its finding that there is no probable cause to support supervised release violation number I, which alleges that the defendant had unsupervised contact with a child under the age of 18.  The United States further requests that the Court hold a second hearing on supervised release violation number I, at which the United States will offer testimony from Probation Officer Tim King, who supervises the defendant, and will offer evidence that the boy with whom the defendant had unsupervised contact was 15-years-old.

After a preliminary hearing on four alleged supervised release violations, at which the United States called two witnesses, the Court found probable cause to support alleged

1

violations II, II, and IV.  The Court found that there was insufficient evidence to support alleged violation I.  In announcing its finding on violation I, the Court noted that the evidence did not prove that the individual with whom the defendant had contact was under age 18.  The Court also noted that the condition "not to have unsupervised contact with anyone under the age of 18" was ambiguous and, in the absence of testimony from the defendant's probation officer as to what he told the defendant about the meaning of that condition, there was insufficient evidence to find probable cause that it had been violated.  The Court indicated that it would consider a motion to reconsider.

    As the Court is aware, Probation Officer Tim King, who supervises the defendant, was on vacation and unavailable to testify at the preliminary hearing.  The undersigned attorney for the United States spoke with Probation Officer King by telephone after the preliminary hearing and learned that he will be back to work and available to testify the week of July 22, 2019.  During the telephone conversation, Probation Officer King explained that he discussed the special condition requiring the defendant to have no unsupervised contact with anyone under age 18 with the defendant.  He told the defendant, among other things, that, if he found himself alone and in proximity to a

2

child under age 18, he had to remove himself from the situation.

Since the preliminary hearing, the undersigned attorney for the United States has learned from the Holy Cross College Police Department that the minor with whom the defendant was photographed conversing is 15-years-old.

The United States requests that the Court conduct a second hearing on supervised release violation I, at which the Court can receive testimony from Probation Officer King and evidence of the age of the boy with whom the defendant conversed for approximately 454 minutes.  The United States requests that the Court schedule the hearing on or after Monday, July 22, 2019.

                                Respectfully submitted,

                                ANDREW E. LELLING
                                United States Attorney

By:      /s/ David G. Tobin
           DAVID G. TOBIN
           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ David G. Tobin

```
                    DAVID G. TOBIN
                    Assistant U.S. Attorney
```